UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                    RE:    Wayne Jones
                            Docket Number: 1:08CR00186-01 OWW
                            **PERMISSION TO TRAVEL**
                            **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Baja California, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 11, 2010, Wayne Jones was sentenced for the offense of Conspiracy to Commit Wire Fraud.

**Sentence imposed:** The probationer was sentenced to 24 months probation, $100 special assessment, and a $250 fine.

**Dates and Mode of Travel:** The probationer and his wife will be traveling by personal vehicle to Los Angeles, California, where they will board the Carnival cruise ship. The dates of travel are July 30, 2010, to August 2, 2010.

**Purpose:** The probationer and his wife would like to take a cruise to Baja California, Mexico.

RE: **Wayne Jones**
    **Docket Number:   1:08CR00186-01 OWW**
    <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Marlene K. DeOrian

**MARLENE K. DEORIAN**
**Senior United States Probation Officer**

**REVIEWED BY:**   /s/ Hubert J. Alvarez
                   **HUBERT J. ALVAREZ**
                   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved  ✗ ✓

7-21-10

**Date**

Disapproved _____

_[signature]_

**OLIVER W. WANGER**
**Senior United States District Judge**